# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

**MICHAEL LYNN GRAYSON**  
ADC #132430                                                    **PLAINTIFF**

v.                          No. 5:17-cv-138-DPM

**MICHAEL WALLACE**, Sergeant, Stuttgart  
Police Department; **JOSHUA BLAKE**  
**ADDISON**, Detective, Stuttgart Police  
Department; and **CHARLES LEACH**,  
Stuttgart Police Department                                    **DEFENDANTS**

## ORDER

Grayson's mail is being returned undelivered. № 17. Grayson must update his address with the Clerk of Court by 27 April 2018. If he doesn't, then this case will be dismissed without prejudice. LOCAL RULE 5.5(c)(2).

So Ordered.

*D.P. Marshall Jr.*  
D.P. Marshall Jr.  
United States District Judge

28 March 2018