# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

**MICHAEL LYNN GRAYSON**  **PLAINTIFF**
**ADC #132430**

v.                    No. 5:17-cv-138-DPM

**MICHAEL WALLACE**, Sergeant, Stuttgart
Police Department; **JOSHUA BLAKE**
**ADDISON**, Detective, Stuttgart Police
Department; and **CHARLES LEACH**,
Deputy, Stuttgart Police Department    **DEFENDANTS**

## ORDER

Grayson hasn't updated his address; and the time to do so has passed. № 18. His remaining claims will therefore be dismissed without prejudice. LOCAL RULE 5.5(c)(2). An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

*WPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

30 April 2018