IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

MICHAEL LYNN GRAYSON                              PLAINTIFF
ADC #132430

v.                     No. 5:17-cv-138-DPM

MICHAEL WALLACE, Sergeant, Stuttgart
Police Department; JOSHUA BLAKE
ADDISON, Detective, Stuttgart Police
Department; CHARLES LEACH, Deputy,
Stuttgart Police Department; CITY OF
STUTTGART, ARKANSAS, City Hall;
and STUTTGART POLICE DEPARTMENT            DEFENDANTS

## JUDGMENT

Grayson's claims against the Stuttgart Police Department are dismissed with prejudice. All other claims are dismissed without prejudice.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

30 April 2018